UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA   18501

October 7, 2014

**Jay Kruise**
550 Palmer Circle
Dickson City, PA 18519

Kruise v. United States Department of the Army et al

3:14-cv-1937-RDM-KM

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the court for consideration.

Very truly yours,

MARIA E. ELKINS, Clerk


By: s/Robert C, Golden
      Deputy Clerk

[] Petition For Writ of Habeas Corpus            [ x] Complaint

[ ] Transfer From Other District                 [ ] Other