IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAY KRUISE,

   Plaintiff,

v.          3:14-CV-01937
           (JUDGE MARIANI)
UNITED STATES DEPARTMENT
OF THE ARMY, et al.,

   Defendants.

## ORDER

AND NOW, THIS 17th DAY OF APRIL, 2015, upon review of Magistrate Judge Mehalchick's Report and Recommendation for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 7) is **ADOPTED**, for the reasons stated therein.

2. Plaintiff's "Notice of Withdrawal" (Doc. 6) is **CONSTRUED** as a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

3. The action is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's Motion to Appoint Counsel (Doc. 3) is **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to close the case.

FILED
SCRANTON

APR 1 7 2015

PER _____
  DEPUTY CLERK

Robert D. Mariani
United States District Judge